UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAREY SOUDA,

        Plaintiff(s),

v.

JOHN H. BAUER, et al.,

        Defendant(s)

  –and–

CELL THERAPEUTICS, INC.,

        Nominal Defendant.

NO. C10-905MJP

ORDER ON STIPULATION AND PROPOSED ORDER re: SCHEDULING ORDER

The above-entitled Court, having received and reviewed the parties' Stipulation and Proposed Order Regarding June 29, 2010 Scheduling Order (Dkt. No. 30), makes the following ruling:

IT IS ORDERED that the request is DENIED with permission to resubmit if necessary.

The Court has requested a response from all parties to the Motion to Consolidate Cases and Reconsider the May 10, 2010 Stipulation Appointing Lead Counsel and Liaison Counsel in C10-564MJP (Dkt. No. 25). If consolidation is agreeable to all parties, it will be well in advance of the deadlines set out in the current scheduling order, which will be mooted by the consolidation. If the matter is contested, the Court will entertain a further motion to extend the case scheduling deadlines.

The clerk is ordered to provide copies of this order to all counsel.

Dated: July 9, 2010

                                        Marsha J. Pechman
                                        U.S. District Judge

**ORDER ON STIPULATION - 1**